# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| RMA Land Construction, Inc. ) | ASBCA No. 58788 |
| ) | |
| Under Contract No. N44255-09-D-4011 ) | |

APPEARANCE FOR THE APPELLANT: DonCosta E. Seawell, Esq.
  Vice President/Senior Contracts Manager

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Robyn L. Hamady, Esq.
  Matthew S. Hawkins, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 March 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58788, Appeal of RMA Land Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals